

June 6, 2024

Hon. Judge Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   **KARIM v. DANCE AMERICA, INC.**
       **DOCKET NO. 1:24-cv-2605**

Dear Judge Caproni:

      The undersigned represents Jessica karim, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

      The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

      Thank you for your time and consideration on this matter.

                                                    Respectfully,

                                                    Gabriel A. Levy